

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-15-00630-CR

Troy Stanley **STAIR,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0709-CR-B
The Honorable William Old, Judge Presiding

## O R D E R

     Patricia Wagner's notification of late record is hereby granted. The reporter's record is due July 20, 2016. **No further extensions of time will be considered or granted without written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court